03/15/2021.

FILED
RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAR 22 2021 ★
LONG ISLAND OFFICE

Hon. Joseph F. Bianco
United State District Charge
100 Federal Plaza
Central Islip, NY 11722

My name is Ana Marin and I am Francisco Ponce's #79597053 aunt. The reason for this letter is because I would like for my nephew to get a second chance. I have spoken to him a few times on the phone and he has stated that he has health issues and I am worried for him.

Francisco's parents are also a worry due to them getting older and needing his help to get by. Even if it is not for him to be released here in the United States, at least to his home country. He is a good man, he has a good heart and just got caught up with bad friends. I ask that please he be heard and given another chance to make things right and be able to take care of his parents who again are only getting older and need of his help.

Thank you for your time. I appreciate it.

Ana Marin.



17 Devon Rd
Hempstead, NY 11550

11722-443800

Joseph F. Bianco
United State district charges
100 Federal plaza
Central Islip, NY 11722

MID-ISLAND NY 117
18 MAR 2021 PM 1 L

MAR 17 2021
USPS

